

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00233-CV

IN THE GUARDIANSHIP OF N.P., AN INCAPACITATED PERSON

§ On Appeal from Probate Court No. 2

§ of Tarrant County (2018-GD00257-2)

§ December 10, 2020

§ Memorandum Opinion by Justice Kerr

§ Dissenting Memorandum Opinion by

§ Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's denial of Appellants M.P. and J.P's application to be appointed guardians of Appellee N.P.'s person with full authority is reversed, and the case is remanded to the trial court so that it can render an order consistent with our opinion and with Texas Estates Code Section 1101.151.

It is further ordered that N.P. must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
   Justice Elizabeth Kerr